**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE**
**Western Division**

FILED BY ___ D.C.

05 DEC -2 PM 12: 17

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

**UNITED STATES OF AMERICA**

-vs-

**NICHOLOUS HAYMON**

**Case No. 2:99cr20185-003D**

---

## ORDER APPOINTING COUNSEL PURSUANT TO
## THE CRIMINAL JUSTICE ACT

This Court has determined that the above-named defendant is financially unable to obtain adequate representation in the above-styled case, and is otherwise qualified for appointment of counsel. Accordingly, the Court makes the following appointment pursuant to the Criminal Justice Act (18 U.S.C. § 3006A):

### APPOINTMENT OF COUNSEL

* Attorney Art Quinn is appointed to represent the defendant. The Court determines the defendant shall reimburse the government at the rate of $150 per month, paid to the Clerk's Office, to offset attorney fees and costs incurred due to the appointment of counsel for his defense.

### TYPE OF APPOINTMENT

* Probation/Supervised Release Violation

**DONE** and **ORDERED** in  Jackson, Tennessee, this 28th day of November, 2005.

S. Thomas Anderson

S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

United States Attorney
United States Marshal
Pretrial Services Office
Assistant Federal Public Defender
Intake
NICHOLOUS HAYMON

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _____

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 121 in
case 2:99-CR-20185 was distributed by fax, mail, or direct printing on
December 5, 2005 to the parties listed.

---

Joseph C. Murphy
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT